UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TENORE, | No. 2:17-cv-1802 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| EVALYN HOROWITZ, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding pro se. On March 6, 2018, this action was referred to the post-screening ADR project and stayed pending settlement conference. However, on April 9, 2018, plaintiff filed a document styled, "Motion for Summary Judgment," citing Rule 56 of the Federal Rules of Civil Procedure. Because this action was stayed pending the July 17, 2018 settlement conference, plaintiff's filing is not authorized and is stricken from the record. In the event the case does not settle, the stay of this action will be lifted, and a scheduling order will issue. Accordingly, IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 27) is stricken from the court record.

Dated: May 7, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/teno1802.sti

1