IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL TENORE,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**E. HOROWITZ, et al.,**<br><br>　　　　　　　　　　　Defendants. | Case No. 2:17-cv-1802 KJN P<br><br>**[PROPOSED] ORDER AND REVISED SCHEDULING ORDER** |

　　　The undersigned, having considered defendants' request for a thirty-day extension of time to respond to plaintiff's requests for admissions, and good cause appearing:

　　　IT IS HEREBY ORDERED that:

　　　1. Defendants' motion for extension of time (ECF No. 35) is granted;

　　　2. Defendants have until and including December 1, 2018, to serve their responses; and

　　　3. The close of discovery in the case, and the deadline to file any motion to compel, is continued from November 9, 2018, to December 9, 2018.

Dated: October 30, 2018

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　	　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

/teno1802.eot