UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL TENORE,

       Plaintiff,

   v.

E. HOROWITZ, ET AL.,

       Defendants.

No. 2:17-cv-1802 KJN P

ORDER

Plaintiff is a state prisoner, proceeding without counsel. On January 2, 2019, plaintiff filed a motion to compel the production of documents. Plaintiff seeks copies of all inmate appeals filed since January 1, 2014, to the present. However, the deadline to conduct discovery expired on December 9, 2018. Plaintiff's motion was signed on December 27, 2018. Thus, plaintiff's motion is untimely and is denied.[1]

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to compel (ECF No. 47) is denied as untimely.

Dated: January 8, 2019

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

teno1802.mtc

---

[1] Moreover, with their motion for summary judgment, defendants provided plaintiff's health care appeal history as well as copies of relevant appeals. (ECF No. 38-4.)

1