UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL TENORE,

    Plaintiff,

v.

E. HOROWITZ, ET AL.,

    Defendants.

No. 2:17-cv-1802 KJM KJN P

ORDER

Plaintiff is a state prisoner, proceeding without counsel. This case proceeds on plaintiff's claims concerning his requests for in-cell feeding and a wedge pillow, as well as plaintiff's claims that Dr. Smith and Dr. Horowitz failed to timely diagnose plaintiff's cancer and improperly delayed plaintiff's surgery. On September 9, 2019, the district court referred this matter back to the undersigned for all further pretrial proceedings. (ECF No. 57.)

Good cause appearing, the parties shall inform the court whether a settlement conference is appropriate. If so, by filing the attached notice within thirty days, the parties shall notify the court whether they waive disqualification for the undersigned to hold the settlement conference or whether they request a different judge. Plaintiff shall also indicate his preference to appear in person or by videoconference, if available. Failure to waive disqualification will result in the case being set for settlement conference before a different magistrate judge.

////

1

1	    IT IS HEREBY ORDERED that within thirty days from the date of this order, the parties
2	shall file the attached notice, informing the court whether a settlement conference is appropriate,
3	whether they waive disqualification for the undersigned to hold the settlement conference, or
4	whether they choose to have the settlement conference held by a different judge.
5	Dated: September 20, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cw/teno1802.set

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TENORE,<br><br>         Plaintiff,<br><br>     v.<br><br>E. HOROWITZ, ET AL.,<br><br>         Defendants. | No. 2:17-cv-1802 KJM KJN P<br><br>NOTICE OF ELECTION RE SETTLEMENT CONFERENCE |

1. As required by court order, the parties notify the court of the following election:

   \_\_\_\_ The party signing below requests a settlement conference.

   \_\_\_\_ Pursuant to Local Rule 270(b) of the Eastern District of California, the party signing below affirmatively requests that the assigned Magistrate Judge participate in the settlement conference and, further, waives any claim of disqualification of the assigned Magistrate Judge on that basis thereafter. This waiver is not to be construed as consent to the Magistrate Judge's jurisdiction under 28 U.S.C. § 636(c)(1).

   **OR**
   \_\_\_\_ The party signing below requests that a different judge hold the settlement conference.

   **AND**

2. Plaintiff indicates his preference by checking one:

   \_\_\_\_ Plaintiff would like to participate in the settlement conference in person.

   **OR**

   \_\_\_\_ Plaintiff would like to participate in the settlement conference by video conference.

DATED:

                                             _____
                                             Plaintiff or Counsel for Defendants

1