UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TENORE,<br><br>         Plaintiff,<br><br>    v.<br><br>E. HOROWITZ, et al.,<br><br>         Defendants. | No. 2:17-cv-1802 KJM KJN P<br><br>ORDER APPOINTING LIMITED PURPOSE COUNSEL FOR DISCOVERY AND PRETRIAL MOTION PRACTICE |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. The court has found that a limited purpose appointment of counsel for plaintiff is warranted. (ECF No. 73.) Shahid Manzoor has been selected from the Court's Pro Bono Attorney Panel to represent plaintiff and has agreed to be appointed for the limited purpose of assisting plaintiff with discovery and pretrial motion practice.

Accordingly, IT IS HEREBY ORDERED that:

1. Shahid Manzoor is appointed as limited purpose counsel in the above entitled matter. This appointment is for the limited purpose of assisting plaintiff with discovery related to the Eighth Amendment claim against Dr. Horowitz for which this court has denied summary judgment, and assisting with any opposition briefing necessitated by a renewed motion for summary judgment, if one is filed.

/////

2. Shahid Manzoor's appointment will terminate when the order ruling on any renewed motion for summary judgment is issued or upon the expiration of any deadline for filing a renewed motion for summary judgment, if one is not filed.  Prior to the termination of the appointment, the court will accord counsel the option of proceeding as plaintiff's appointed counsel for trial.  If counsel does not wish to continue representation of plaintiff after he has carried out his limited purpose appointment, the court will consider appointing new counsel for plaintiff, if deemed appropriate at that time.

3. Appointed counsel shall notify Sujean Park, via email at spark@caed.uscourts.gov, if he has any questions related to the appointment.

4. The Clerk of the Court is directed to serve a copy of this order upon Shahid Manzoor, Manzoor Law Firm, Inc., 3017 Douglas Blvd., Suite 104, Roseville, CA 95661.

DATED:  April 19, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE