IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL TENORE,** | Case No. 2:17-cv-1802-KJM-KJN |
| Plaintiff, | **ORDER SETTING SETTLEMENT CONFERENCE WITH INTERIM STAY** |
| v. | |
| **E. HOROWITZ, et al.,** | |
| Defendants. | |

The Court has reviewed and considered the parties' Stipulation and Request for Order Setting Settlement Conference with Interim Stay of Proceedings (ECF 77).

Good cause appearing, IT IS HEREBY ORDERED that:

1. A settlement conference is set before the undersigned for March 1, 2022, at 9:00 a.m., via Zoom;

2. All existing deadlines for expert disclosures, expert discovery and the completion of motions are vacated, and will be reset by the Court after the settlement conference, if necessary.

Dated: November 12, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ten1802.sch