UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TENORE,<br><br>    Plaintiff,<br><br>    v.<br><br>E. HOROWITZ, et al.,<br><br>    Defendants. | No. 2: 17-cv-1802 KJM KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding with a civil rights action pursuant to 42 U.S.C. § 1983. On March 2, 2022, a settlement conference was held in this action. Plaintiff was represented by attorney Shahid Manzoor at the settlement conference. This action settled. The undersigned ordered the parties to file dispositional documents within thirty days of the settlement conference. Thirty days passed and the parties did not file dispositional documents.

Accordingly, IT IS HEREBY ORDERED that within seven days of the date of this order, the parties shall file dispositional documents or show cause for their failure to do so.

Dated: April 12, 2022

Ten1802.ord

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1