UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TENORE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>E. HOROWITZ, et al.,<br><br>　　　　Defendants. | No. 2:17cv-1802 KJM KJN P<br><br><br>ORDER |

All parties have stipulated that this action be dismissed. (ECF No. 87.) Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own litigation costs and attorney's fees.

Dated: April 14, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/teno1802.59c

cw

1